IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDWARD J. ARMSTRONG III,<br><br>Plaintiff,<br><br>vs.<br><br>DAKOTA COUNTY JAIL, SGT ADAM HOUGH, C.O. Sgt Badge #97053, Individual capacity; CORPORAL JENNIFER MARQUEZ, C.O. Corporal Badge #97052, Individual capacity; and LT GREY, Lt C.O., Individual Capacity;<br><br>Defendants. | 8:25CV247<br><br>MEMORANDUM AND ORDER |

On June 23, 2025, the Court ordered Plaintiff to update his address with the Court within 30 days or face dismissal of this action. Filing No. 9. To date, Plaintiff has not updated his address or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

Dated this 4th day of August, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge